IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATROYA DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SIGNIUS INVESTMENT<br>CORP./ANSWERNET,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-4143-TWT |

### ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the sexual orientation claim with prejudice and dismissing the race discrimination claims without prejudice. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's sexual orientation claim is DISMISSED with prejudice. The Plaintiff's race discrimination claims are dismissed without prejudice subject to her filing an amended complaint as directed by the Magistrate Judge within 21 days from the date of this Order.

SO ORDERED, this 29 day of March, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge